# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156562(45)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CORTEZ LAMON MACK,
        Defendant-Appellant.
_____/

SC: 156562
COA: 332079
Wayne CC: 15-009127-FH

On order of the Chief Justice, the motion of the National Rifle Association of America and the National Rifle Association of America Civil Rights Defense Fund to file a brief amicus curiae in support of the application for leave to appeal is GRANTED. The amicus brief submitted on October 30, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2017



Clerk